# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| TRUSTEES OF THE MILWAUKEE CARPENTERS DISTRICT COUNCIL HEALTH FUND and MILWAUKEE CARPENTERS APPRENTICESHIP FUND,<br><br>    Plaintiffs,<br><br>v.<br><br>SONAG COMPANY INC.,<br><br>    Defendant. | Case No. 18-CV-1401-JPS<br><br>**ORDER** |

On January 29, 2019, the plaintiffs filed a notice of voluntary dismissal of this action without prejudice. (Docket #8). The Court herewith adopts that notice. *See* Fed. R. Civ. P. 41(a)(1)(A)(i).

Accordingly,

**IT IS ORDERED** that the plaintiffs' notice of voluntary dismissal (Docket #8) be and the same is hereby **ADOPTED**; this action be and the same is hereby **DISMISSED without prejudice**.

Dated at Milwaukee, Wisconsin, this 31st day of January, 2019.

BY THE COURT:

_____
J. P. Stadtmueller
U.S. District Judge